CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
SAMI RANDOLPH, ESQ.
Nevada Bar No. 7876
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
Email: randosn@nv.ccsd.net
*Attorney for Defendants Clark County School District*
*and Clark County School District Board of Trustees*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AAA and IAA (Minors), by their Next Friend and Parent, AMIR ABDUL-ALIM, and HAFSA ELARFAOUI, and on their own behalf,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, et. al., CLARK COUNTY SCHOOL DISTRICT SCHOOL BOARD OF TRUSTEES, AND STATE OF NEVADA DEPARTMENT OF EDUCATION, et. al.,<br><br>Defendants. | Case No.:  2:23-cv-01677-MMD-NJK<br><br>**DEFENDANTS CLARK COUNTY SCHOOL DISTRICT AND CLARK COUNTY SCHOOL DISTRICT SCHOOL BOARD OF TRUSTEES' MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

COMES NOW, Defendants, CLARK COUNTY SCHOOL DISTRICT and CLARK COUNTY SCHOOL DISTRICT BOARD OF TRUSTEES (hereinafter collectively referred to as "CCSD Defendants" or "CCSD"), by and through their counsel of record Sami Randolph, Esq., hereby request that Yasnai Rodriguez-Zaman, Esq. be removed from the list of counsel to be noticed because Ms. Rodriguez-Zaman is no longer an attorney with the Clark County School District Office of the General Counsel.

Additionally, the above counsel also requests that Yasnai Rodriguez-Zaman, Esq. be removed as counsel of record and the email address of rodriyc@nv.ccsd.net be removed from the CM/ECF service list.

Dated this 13th day of November 2023.

          CLARK COUNTY SCHOOL DISTRCT
          OFFICE OF THE GENERAL COUNSEL

          By: */s/ Sami Randolph*
          Sami Randolph, Esq.
          Nevada Bar No. 7876
          5100 West Sahara Avenue
          Las Vegas, NV 89146
          *Attorney for Defendants*
          *Clark County School District and*
          *Clark County School District Board of Trustees*

IT IS SO ORDERED.
Dated: November 14, 2023
.
.
_____
Nancy J. Koppe
United States Magistrate Judge