# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMIR ABDUL-ALIM, et al.,<br><br>        Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>        Defendant(s). | Case No. 2:23-cv-01677-MMD-NJK<br><br>**Order** |

Amir Abdul-Alim and Hafsa Elarfaoui brought this lawsuit on behalf of their minor children, A.A.A. and I.A.A. Docket No. 1-1. An attorney has not appeared on behalf of Plaintiffs. The Ninth Circuit has held that a parent or guardian cannot litigate a case on behalf of a minor child without retaining a lawyer. *Johns v. Cnty. of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997).[1] Accordingly, Plaintiffs must retain a lawyer and that lawyer must file a notice of appearance by April 25, 2024. <u>Failure to comply with this order may result in dismissal of the representative claims.</u> *See Johns*, 114 F.3d at 877.

IT IS SO ORDERED.

Dated: March 25, 2024

                                                                          
Nancy J. Koppe
United States Magistrate Judge

---

[1] The same is true in Nevada state court, *see Williams v. State*, 480 P.3d 269 (Nev. App. 2021) (unpublished), where this case was initially filed.

1