UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMIR ABDUL-ALIM, et al.,<br>    Plaintiff(s),<br>v.<br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br>    Defendant(s). | Case No. 2:23-cv-01677-MMD-NJK<br><br>**Order**<br><br>[Docket Nos. 43, 45] |

Pending before the Court is Plaintiffs' Motion for the Appearance of the State of Nevada Department of Education Counsel. Docket No. 43. The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007). It is not entirely clear what relief Plaintiffs are seeking through this filing, but it appears that Plaintiffs are asking for the defense's participation in discovery meet-and-confers. *See* Docket No. 43 at 6-7. Defendants filed a notice of non-opposition. Docket No. 43. Accordingly, it is hereby **ORDERED** that defense counsel make themselves available for conferral efforts regarding discovery. To that extent, Plaintiffs' motion (Docket No. 43) is **GRANTED**.[1]

Also pending before the Court is Plaintiffs' motion to extend case management deadlines, which appears to be predicated on their desire to obtain the above ruling. *See* Docket No. 45 at

---

[1] If Plaintiffs seek other relief through the filing of this motion, such other relief is **DENIED** without prejudice to filing a separate request clearly articulating the relief sought.

1

11-12.  Since the Court is resolving the underlying motion herein, the accompanying request to extend case management deadlines (Docket No. 45) is **DENIED** without prejudice as moot.[2]

IT IS SO ORDERED.

Dated: March 25, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[2] Although not entirely clear, it appears that the latter motion may also be seeking other relief related to Defendants' discovery responses. *See, e.g.*, Docket No. 45 at 11-12. Discovery disputes must be subject to a robust conferral process before seeking relief from the Court. *E.g.*, Local Rule 26-6(c).  Moreover, discovery motion practice is subject to a variety of procedural requirements, including providing the subject discovery requests and responses in the motion. Local Rule 26-6(b).  If Plaintiffs seek other relief through the filing of this motion besides an extension of case management deadlines, such other relief is **DENIED** without prejudice to filing a separate request clearly articulating the relief sought and complying with the governing rules.