**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMIR ABDUL-ALIM, et al.,<br>    Plaintiff(s),<br>v.<br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br>    Defendant(s). | Case No. 2:23-cv-01677-MMD-NJK<br>**Order**<br>[Docket No. 59] |

Pending before the Court is Plaintiffs' motion to extend the deadline to retain counsel, Docket No. 59, which is **GRANTED**. The deadline for Plaintiffs to retain counsel is **RESET** for June 24, 2024.

IT IS SO ORDERED.

Dated: April 26, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1