# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMIR ABDUL-ALIM, et al., <br>　　Plaintiff(s), <br>v. <br>CLARK COUNTY SCHOOL DISTRICT, et al., <br>　　Defendant(s). | Case No. 2:23-cv-01677-MMD-NJK <br><br>**Order** <br><br>[Docket No. 63] |

Pending before the Court is a motion to stay the case. Docket No. 63. Any response to that motion must be filed by May 14, 2024.

IT IS SO ORDERED.

Dated: May 9, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1