# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMIR ABDUL-ALIM, et al., <br>     Plaintiff(s), <br> v. <br> CLARK COUNTY SCHOOL DISTRICT, et al., <br>     Defendant(s). | Case No. 2:23-cv-01677-MMD-NJK <br><br> **Order** <br><br> [Docket No. 68] |

On March 25, 2024, the Court ordered Plaintiffs to retain counsel to represent the minor Plaintiffs and have that attorney file a notice of appearance by April 25, 2024. Docket No. 48. The Court later extended that deadline to June 24, 2024. Docket No. 61. The case has been stayed through August 13, 2024, as Plaintiffs look for an attorney. Docket No. 67.

Pending before the Court now is Plaintiffs' second motion to extend the attorney-retention deadline by another 60 days. Docket No. 68. Defendants oppose the motion to extend. Docket Nos. 69, 71. Plaintiffs filed a reply. Docket No. 71. Unexpired deadlines may be extended upon a showing of good cause. Fed. R. Civ. P. 6(b)(1). Plaintiffs here explain that their efforts to retain counsel have not yet been successful and they attach evidence of some of those efforts. *See, e.g.*, Docket No. 71 (exhibits). Moreover, the case is currently stayed, so the Court does not discern any prejudice from a short extension. On the other hand, Plaintiffs have already had three months to find an attorney and no showing has been made to support another two full months for that endeavor. In light of the circumstances, good cause has been shown for a 30-day extension.[1] Accordingly, the motion to extend is **GRANTED** in part.

---

[1] The papers at times appear to seek other relief, including Plaintiffs asking in reply for appointment of *pro bono* counsel. Docket No. 71 at 12. A separate filing must be made for each type of request, Local Rule IC 2-2(b), and a reply brief is not a proper place to make a request, *Brand v. Kijakazi*, 575 F. Supp. 3d 1265, 1273 (D. Nev. 2021). The Court does not consider herein any other issue raised in the papers except whether to extend the subject deadline.

1

Plaintiffs must retain counsel and have that attorney file a notice of appearance by <u>July 24, 2024</u>. To be abundantly clear, four months is a long time to find an attorney. Particularly given that the stay is set to expire in August, the Court will not grant any further extensions to this deadline, so Plaintiffs must take all reasonable steps to secure counsel. <u>Failure to comply with this order may result in dismissal of the claims brought on behalf of the minors.</u>

IT IS SO ORDERED.

Dated: June 14, 2024

_____
Nancy J. Koppe
United States Magistrate Judge