UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMIR ABDUL-ALIM, *et al.*,<br><br>  Plaintiffs,<br>  v.<br>CLARK COUNTY SCHOOL DISTRICT, *et al.*,<br><br>  Defendants. | Case No. 2:23-cv-01677-MMD-NJK<br><br>ORDER |

*Pro se* plaintiffs Amir Abdul-Alim, Hafsa Elarfaoui, and Minors AAA and IAA brought this action challenging the lack of proper educational accommodations for the minor plaintiffs. (ECF No. 1-1.) One September 9, 2024, the Court dismissed minor plaintiffs' claims without prejudice and granted leave for adult Plaintiffs to file an amended complaint asserting their own claims. (ECF No. 83 ("September Order").) The Court subsequently extended the deadline to file an amended complaint numerous times. (ECF Nos. 96, 99, 107, 111, 118, 121.) Most recently, on March 17, 2025, the Court extended the deadline to April 16, 2025, and warned Plaintiffs that "all further motions to stay, for reconsideration or for clarification will be summarily denied" and that "Plaintiffs' failure to file the amended complaint by [the April deadline] will result in dismissal of this action." (ECF No. 121.) Plaintiff failed to file an amended complaint by the April 16, 2025, deadline, despite ample opportunity to amend. Accordingly, the Court dismisses this action in its entirety without prejudice.

It is therefore ordered that this action is dismissed without prejudice.

///

///

///

1 | The Clerk of Court is further directed to enter judgment accordingly and close this case.

DATED THIS 17th Day of April 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE